UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-531M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| ANDRE ANTHONY LEWIS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

    Possession of Cocaine with Intent to Distribute

Date of Detention Hearing:   Initial Appearance October 5, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is charged by Complaint with Possession of Cocaine with Intent to

01 Distribute. He was arrested following a report of a shooting. He was discovered bleeding with
02 his hands in the trunk of a vehicle alleged to have been involved in a shooting. Following a search
03 pursuant to a warrant, the substance alleged to be cocaine was found in the vehicle.

04     (2) Defendant was born in Seattle. He is alleged to be a very high ranking member of
05 a local gang. The police indicate him to be known to always carry a firearm and to be extremely
06 dangerous. His criminal history includes assault, failure to appear, murder in the second degree,
07 VUCSA, unlawful possession of a firearm, failure to comply with a warrant, and bench warrant
08 activity. Defendant was not interviewed by Pretrial Services. There is no additional information
09 available about his personal history, residence, family ties, ties to this district, income, financial
10 assets or liabilities, physical/mental health or controlled substance use, if any.

11     (3) Defendant does not contest detention at this time.

12     (4) Defendant poses a risk of nonappearance due to lack of verified background
13 information and a history of failing to appear. He is viewed as a risk of danger due to the nature
14 of the charges, his alleged standing as a high ranking gang member, the allegations that he is well
15 known by police as an extremely violent individual, and his criminal history.

16     (5) There does not appear to be any condition or combination of conditions that will
17 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
18 to other persons or the community.

19 It is therefore ORDERED:

20     (1) Defendant shall be detained pending trial and committed to the custody of the
21         Attorney General for confinement in a correction facility separate, to the extent
22         practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2

01       pending appeal;

02  (2)  Defendant shall be afforded reasonable opportunity for private consultation with
03       counsel;

04  (3)  On order of a court of the United States or on request of an attorney for the
05       Government, the person in charge of the corrections facility in which defendant is
06       confined shall deliver the defendant to a United States Marshal for the purpose of
07       an appearance in connection with a court proceeding; and

08  (4)  The clerk shall direct copies of this Order to counsel for the United States, to
09       counsel for the defendant, to the United States Marshal, and to the United States
10       Pretrial Services Officer.

11  DATED this 5th day of October, 2006.

12
13                                          _____
                                            Mary Alice Theiler
14                                          United States Magistrate Judge